AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| KURT MACCARLEY | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 10-00431 JMS KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| COUNTRYWIDE FINANCIAL CORPORATION, INC., ET AL., | October 26, 2010<br>At 2 o'clock and 30 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is CLOSED pursuant to the, "DISMISSAL OF ACTION" order, by the Honorable J. MICHAEL SEABRIGHT, U.S. District Judge, and filed on, October 26, 2010.

| October 26, 2010 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by GS |
| | (By) Deputy Clerk |